1  ANNE P. DAVIS (admitted *pro hac vice*)
   anne.davis@arnoldporter.com
2  MATTHEW EISENSTEIN (admitted *pro hac vice*)
   matthew.eisenstein@arnoldporter.com
3  **ARNOLD & PORTER KAYE SCHOLER LLP**
   601 Massachusetts Ave, NW
4  Washington, D.C. 20001-3743
   Telephone: (202) 942-5000
5  Facsimile: (202) 942-5999

6

7  SHARON D. MAYO (Bar No. 150469)
   sharon.mayo@arnoldporter.com
8  ANDREW S. HANNEMANN (Bar No. 322400)
   andrew.hannemann@arnoldporter.com
9  **ARNOLD & PORTER KAYE SCHOLER LLP**
   Three Embarcadero Center, 10th Floor
10 San Francisco, CA 94111-4024
   Telephone: (415) 471-3100
11 Facsimile: (415) 471-3400

12 Attorneys for Defendant VISA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER BUENO, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>VISA, INC.,<br><br>Defendant. | Case No.: 4:24-cv-08968-HSG<br><br>**STIPULATION AND ORDER TO TRANSFER THIS CASE TO THE SOUTHERN DISTRICT OF NEW YORK (as modified)** |

Plaintiff Spencer Bueno ("Plaintiff") and Defendant Visa Inc. ("Visa"), by and through their respective attorneys of record herein, enter into this Stipulation with reference to the following circumstances:

WHEREAS, on December 11, 2024, Plaintiff filed its complaint against Visa in the Northern District of California ("Complaint");

WHEREAS, the parties have reached an agreement to extend the time within which Visa must move, answer, or otherwise respond to Plaintiff's complaint;

WHEREAS, Visa filed a motion pursuant to 28 U.S.C. § 1404(a) to transfer this action to the Southern District of New York (*see* ECF No. 20), where the Department of Justice filed a related complaint on September 24, 2024, Civil Action No. 1:24-cv-7214, six other related putative Class Action Complaints are also pending under a consolidated caption (*see In re: Visa Debit Card Antitrust Litig.*, Case No. 1:24-cv-07435-JGK (S.D.N.Y.)) (collectively, the "Related New York Class Actions"), and a seventh related putative class action is in the process of transferring (*see Fletcher v. Visa Inc.*, No. 4:24-cv-00752, ECF No. 12 (W.D. Mo. Nov. 22, 2024) (order transferring case to S.D.N.Y.));

WHEREAS, 28 U.S.C. § 1404(a) permits transfer of a case to any "district to which the parties have agreed by contract or stipulation." *Atl. Marine Const. Co. v. U.S. Dist. Ct. for W. Dist. of Texas*, 571 U.S. 49, 59 (2013);

WHEREAS, Plaintiff does not oppose Visa's motion to transfer this action and hereby consents and stipulates to transfer this action to the Southern District of New York;

NOW, THEREFORE, the undersigned parties hereby stipulate, and the Court orders, as follows:

1. The deadline for Defendant to move, answer, or otherwise respond to Plaintiff's complaint is adjourned until such time set by the transferee court.
2. For the reasons set forth in Visa's pending motion to transfer (ECF No. 20), Plaintiff's complaint is hereby transferred to the United States District Court for the Southern District of New York for further proceedings.
3. All other deadlines set by this Court are hereby vacated.
4. This stipulation is entered into without prejudice to any party seeking any interim relief.

5. Nothing in this Stipulation shall be construed as a waiver of any of Plaintiff's, potential Class members', and Defendant's rights or positions in law or in equity, or as a waiver of any defenses that Defendant would otherwise have, including, without limitation, defenses on lack of personal jurisdiction or inconvenient forum.

**IT IS SO STIPULATED.**

Dated:  December 23, 2024                    ARNOLD & PORTER KAYE SCHOLER LLP

                                                          By:   /s/ *Sharon D. Mayo*
                                                                SHARON D. MAYO

                                                                Attorney for Defendant
                                                               VISA INC.

Dated:  December 23, 2024                    BATHAEE DUNNE LLP

                                                          By:   /s/ *Brian J. Dunne*
                                                                BRIAN J. DUNNE

                                                               Attorney for Plaintiff
                                                               and the Proposed Class

**SIGNATURE ATTESTATION**

I, Sharon D. Mayo, am the ECF user whose user ID and password are being utilized to electronically file this STIPULATION AND [PROPOSED] ORDER TO TRANSFER THIS CASE TO THE SOUTHERN DISTRICT OF NEW YORK.  Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

Dated:  December 23, 2024.                    ARNOLD & PORTER KAYE SCHOLER LLP

                                                               By:  */s/ Sharon D. Mayo*
                                                                        SHARON D. MAYO

                                                                        Attorney for Defendant
                                                                        VISA INC.

**ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the Stipulation is approved.

PURSUANT TO STIPULATION, IT IS SO ORDERED. This order terminates docket no. 20. The Clerk is directed to transfer this case to the United States District Court for the Southern District of New York and then close the case.

DATED:   12/23/2024

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge